IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE CHRISTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CA 5-910 |
| | ) | |
| XPRESSBET, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this **19TH day of August, 2005**, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, ORDERED that the above-captioned action is hereby DISMISSED with prejudice pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is hereby consented to this **19TH day of August, 2005.**

BY THE COURT:

*/s/ Donetta W. Ambrose/*
Donetta W. Ambrose,
Chief U. S. District Judge

*/s/*
Attorney for Plaintiff

*/s/*
Attorney for Defendant

_____
Attorney for Plaintiff

_____
Attorney for Defendant

1